04 12029

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Edward Marshall,
    Plaintiff

vs     MAGISTRATE JUDGE _____ Civil Action No.:

Filias Realty Trust,
    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT # 58822
AMOUNT $150
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK ____
DATE 9/21/04

## PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

### I. PARTIES

1. The plaintiff, Edward Marshall, is an individual residing in the Town of Essex, County of Essex, Massachusetts.

2. The defendant, Filias Realty Trust, is a realty trust duly registered with the Registry of Deeds, Essex County, Massachusetts.

### II. JURISDICTION

3. Jurisdiction lies with this Court under the General Maritime Law.

### III. FACTS

4. The plaintiff was the owner of a twenty-four foot fly bridge sport fishing vessel (hereinafter "the vessel").

5. In the spring of 2004, the plaintiff entered into a contract with the defendant, wherein the defendant agreed to lease to the plaintiff a merchantable and serviceable berth for "the vessel", in exchange for payment.

6. At all times relevant hereto, the plaintiff paid the agreed upon amount for the use of the subject berth.

7. On or about June 4, 2004, pilings located in or around the area of the berth, protruded through the hull of "the vessel", causing extensive damage.

### COUNT I-BREACH OF CONTRACT

1. The plaintiff restates and incorporates by reference, paragraphs one through seven of his Complaint, as if specifically set forth herein.
2. The plaintiff and defendant entered into a contract, heretofore described.
3. The defendant failed to meet the terms of the contract by failing to provide the plaintiff, as promised, with a good, merchantable and serviceable berth.
4. The conduct of the defendant heretofore described, constituted a breach of the contract by and between the plaintiff and defendant.
5. As a result of the defendant's breach of contract, the plaintiff has been damaged.

WHEREFORE, the plaintiff demands judgment against the defendant for all damages sustained as a result of the defendant's breach, costs and attorney's fees.

### COUNT II-NEGLIGENCE

1. Plaintiff restates and incorporates by reference, paragraphs one through seven of his Complaint, as if specifically set forth herein.
2. The defendant had a duty to use reasonable care in the maintenance, inspection, and repair of the berth which it leased to the plaintiff.
3. The defendant breached its duty to use reasonable care by failing to locate, identify, and remediate, all hazardous conditions located in and around the area of the berth.
4. As a result of the defendant's breach of its duty of reasonable care, the plaintiff was damaged.

WHEREFORE, the plaintiff demands judgment against the defendant for all damages sustained as a result of the defendant's breach, costs and attorney's fees.

Plaintiff,
By his attorney,

BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Date: 9/14/04

Cases/Marshall/Edward/Complaint