# United States District Court

DISTRICT OF **MASSACHUSETTS**

**Edward Marshall,**
   **Plaintiff**
v.
**Filias Realty Trust,**
   **Defendant**

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **04 12029 DPW**

TO: (Name and Address of Defendant)

Alex Filias as Trustee for:
Filias Realty Trust
1 Wood Hollow Road
Manchester, MA 01944

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE SEP 21 2004

RECEIVED
NOV 30 2004
ORLANDO & ASSOCIATES

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ ~~Other~~

TRAVEL

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

November 29, 2004

I hereby certify and return that on 11/29/2004 at 12:20 pm I served a true and attested copy of the summons and complaint, request for admissions in this action in the following manner: To wit, by delivering in hand to Alex Filias, agent, person in charge at the time of service for Filias Realty Trust, 1 Wood Hollow Road, Manchester, MA . Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $56.50

Deputy Sheriff Richard Howell

*/s/ Richard Howell - 915*
Deputy Sheriff

*Address of Server*

Plaintiff's Complaint and Jury Trial Demand, Plaintiff's Request for Admissions

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.