UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD MARSHALL<br>    Plaintiff,<br><br>v.<br><br>FILIAS REALTY TRUST<br>    Defendant. | C.A. NO. 04-12029 DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendant, Filias Realty Trust in the above-captioned matter.

The defendant,<br>
By their Attorneys,<br>
<br>
_____<br>
William Joseph Flanagan, BBO#556598<br>
**MORRISON MAHONEY LLP**<br>
250 Summer Street<br>
Boston, MA 02210<br>
(617) 439-7500

1114398v1

## CERTIFICATE OF SERVICE

I, William Joseph Flanagan, attorney for the defendants, hereby certify that I have this day served the foregoing **Notice of Appearance** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

Dated: 12/7/04             Attorney: _____