UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD MARSHALL<br>Plaintiff,<br><br>v.<br><br>FILIAS REALTY TRUST<br>Defendant. | C.A. NO. 04-12029 DPW |

### DEFENDANT, FILIAS REALTY TRUST'S ANSWER TO THE PLAINTIFF'S COMPLAINT AND JURY DEMAND

### PARTIES

1. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the plaintiff's complaint.

2. The defendant admits the allegations contained in paragraph 2 of the plaintiff's complaint.

### JURISDICTION

3. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of the plaintiff's complaint.

### FACTS

4. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of the plaintiff's complaint.

5. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of the plaintiff's complaint.

6. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 6 of the plaintiff's complaint.

7. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of the plaintiff's complaint.

## COUNT I
## BREACH OF CONTRACT

1. The defendant repeats and reasserts its answers to Paragraphs 1 through 7 of the plaintiff's complaint.

2. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 2 of the plaintiff's complaint.

3. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of the plaintiff's complaint.

4. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of the plaintiff's complaint.

5. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of the plaintiff's complaint.

WHEREFORE, the defendant, Filias Realty Trust requests that the plaintiff's complaint be dismissed with costs to defendants.

## COUNT II
## NEGLIGENCE

1. The defendant repeats and reasserts its answers to Paragraphs 1 through 7 of the plaintiff's complaint.

2. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 2 of the plaintiff's complaint.

3. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of the plaintiff's complaint.

4. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of the plaintiff's complaint.

WHEREFORE, the defendant, Filias Realty Trust requests that the plaintiff's complaint be dismissed with costs to defendants.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

### SECOND DEFENSE

By way of affirmative defense, the defendant says that the plaintiff is not entitled to recover because of his failure to mitigate damages.

### THIRD DEFENSE

By way of affirmative defense, the defendant says that if the defendant was negligent, which it denies, then the plaintiff's damages, if any, were contributed to by the plaintiff's own negligence to such a degree that any recovery is barred and must be reduced by said percentage.

### FOURTH DEFENSE

By way of affirmative defense, the defendant says that the action is barred by the applicable statute of limitations.

### FIFTH DEFENSE

By way of affirmative defense, the defendant says that the damages allegedly sustained by the plaintiff resulted from dangers the risk of which the plaintiff assumed and, therefore, the plaintiff cannot recover.

### SIXTH DEFENSE

Service of process is insufficient.

## EIGHTH DEFENSE

The plaintiff's recovery must be reduced by amounts paid on his behalf by any government entity or insurer.

## NINTH DEFENSE

The plaintiff's damages are subject to the limitation of liability under maritime law.

## TENTH DEFENSE

Subject matter jurisdiction is improper.

## ELEVENTH DEFENSE

The plaintiff has failed to state a cause of action upon which relief can be granted.

## JURY DEMAND

THE DEFENDANT REQUESTS A TRIAL BY JURY AS TO ALL ISSUES.

The Defendant,
Filias Realty Trust,
By their Attorneys,


/s/ Jeffrey D. Kiesling
William Joseph Flanagan, BBO#556598
Jeffrey D. Kiesling, BBO #651521
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA  02210
(617) 439-7500

## **CERTIFICATE OF SERVICE**

    I, William Joseph Flanagan, attorney for the defendant, hereby certify that I have this day served the foregoing **Defendant, Filias Realty Trust's Answer to the Plaintiff's Complaint** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930


Dated:_____        Attorney:_____
                                                 William Joseph Flanagan, BBO#556598