UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EDWARD MARSHALL<br>Plaintiff, | ) ) ) ) | C.A. NO. 04-12029 DPW |
| v. | ) ) ) |  |
| FILIAS REALTY TRUST<br>Defendant. | ) ) ) |  |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendant, Filias Realty Trust in the above-captioned matter.

The defendant,
By their Attorneys,

Jeffrey D. Kiesling, BBO#651521
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

1118032v1

## CERTIFICATE OF SERVICE

I, Jeffrey D. Kiesling, attorney for the defendants, hereby certify that I have this day served the foregoing **Notice of Appearance** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

Dated: _____ 12/27/04 _____    Attorney: _____