UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 24 P 1:27

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| EDWARD MARSHALL | ) | C.A. NO. 04-12029 DPW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FILIAS REALTY TRUST | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT, FILIAS REALTY TRUST'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A) of the United States District Court for the District of Massachusetts, the Defendant, Filias Realty Trust, makes the following initial disclosures.

The individuals, documents and information disclosed herein are based upon the present knowledge of Filias Realty Trust (hereinafter "Filias") at this time and are not intended to identify all such matters as they may be subsequently determined through discovery. Filias reserves the right to supplement these disclosures, and waives no applicable rights or privileges by service of this document.

**A.      The name, address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;**

Filias states that the following individuals may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

1.      Paula Filias, 1 Wood Hollow Rd., Manchester, Massachusetts, 01944, Telephone: (978)-526-4949. Mrs. Filias may have information regarding the incident alleged by the plaintiffs, and the operation and/or maintenance of the defendant's premises;

2.      Alex Filias, 1 Wood Hollow Rd., Manchester, Massachusetts, 01944, Telephone: (978)-526-4949. Mr. Filias may have information regarding the incident alleged by the plaintiffs, and the operation and/or maintenance of the defendant's premises;

1122069v1

Filias reserves the right to identify other individuals that may have discoverable knowledge relevant to disputed facts alleged with particularity in the pleadings as the result of discovery in this case.

**B.**     **A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

1.    Photographs of the subject premises, which the defendant believes are protected from discovery by the work-product doctrine;

2.    Reports from an investigator hired by the defendant to investigate this matter, which the defendant believes are protected from discovery by the work-product doctrine.

**C.     Damages Computation**

Filias does not seek any damages in this litigation other than its costs as a prevailing party.

**D.     Applicable Insurance Agreements**

Essex Insurance Company, general liability policy number 3CL2701, effective June 4, 2003 to June 4, 2004 with per occurrence liability limit of one million dollars.

Respectfully submitted,
FILIAS REALTY TRUST,
by its counsel,
MORRISON MAHONEY, LLP

William Joseph Flanagan, BBO# 556598
Jeffrey Dale Kiesling, BBO# 651521
250 Summer Street
Boston, MA  02210

Date:  3.22.05

1122069v1