UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edward Marshall,
    Plaintiff

vs

Filias Realty Trust,
    Defendant

Civil Action
No. 04-12029 DPW

## JOINT 16(b) STATEMENT

The parties in the above entitled matter, and by through their attorneys, hereby submit the following proposed Joint Statement pursuant to the provisions of Federal Rules of Civil Procedure 16(b) and Local Rules 16.1.

I.   **Obligation of Counsel to Confer**

Counsel for the parties have conferred in accordance with the provisions of Local Rules 16.1. Counsel also certify that they have conferred with their respective clients concerning those matters set forth in Local Rule 16.1(D)(3) prior to the scheduling conference.

II.   **Joint Statement Regarding Scheduling**
1. Factual discovery shall be conducted up to and including November 1, 2005;
2. Plaintiff's expert designation must be made by December 1, 2005;
3. Defendant's expert designation must be made by January 2, 2006;
4. Depositions of experts to be conducted and concluded by February 15, 2006;
5. Trial of this matter to be undertaken on the earliest available date commencing April 3, 2006.

III.   **Certifications of Parties and Their Counsel**

Parties and their counsel herein certify that they have conferred with a view to establish a budget for the costs of

conducting the full course and various alternative courses of this litigation, and they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

    Plaintiff,
By his attorney,

_____
BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Defendant,
By its attorney,

_____
Jeffrey D. Kiesling, Esq.
BBO #651521
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 737-8866

CERTIFICATE OF SERVICE

I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that I served a copy of the foregoing Joint 16(b) Statement, by mail, postage prepaid, to Jeffrey D. Kiesling, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210, on this 23rd day of March, 2005.

_____
BRIAN S. MCCORMICK, ESQ.

Cases/Marshall/Edward/Joint16(b)Statement