# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

William Joseph Flanagan
Direct Dial: 617-737-8829
Direct Fax: 617-342-4887
jflanagan@morrisonmahoney.com

MASSACHUSETTS    CONNECTICUT
BOSTON           HARTFORD
FALL RIVER       NEW YORK
SPRINGFIELD      NEW YORK
WORCESTER        NEW JERSEY
                 PARSIPPANY
RHODE ISLAND     ENGLAND
PROVIDENCE       LONDON

May 17, 2005

Civil Clerk's Office
United States District Court
   For the District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA  02210

Re:   Edward Marshall v. Filias Realty Trust
      Civil Action No.:   04-12029 - DPW
      Our File No.:       10016916

Dear Sir/Madam:

Please be advised that the defendant in the above-captioned matter has agreed to have the trial for this matter heard before Judge Magistrate Bowler. As you are aware, we previously reported on behalf of the plaintiff that they were also willing to consent to a judge magistrate trial.

Should you require any further information, please do not hesitate to contact us.

Very truly yours,

William Joseph Flanagan
Jeffrey D. Kiesling

WJF/dc
cc:   Brian S. McCormick, Esq.

1142753v1