UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD MARSHALL,
    Plaintiff,

v.   CIVIL ACTION
    NO. 04-12029-DPW

FILIAS REALTY TRUST
    Defendant,

### ORDER OF RE-ASSIGNMENT TO MAGISTRATE JUDGE

WOODLOCK, D.J.

    On June 7, 2005 the parties filed with the Clerk's Office an executed Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.  Accordingly, the above captioned case is hereby ORDERED re-assigned to <u>Magistrate Judge Marianne B. Bowler</u> for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c).  From this date forward the case number on all pleadings should be followed by the initials <u>MBB</u>.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED: June 15, 2005