UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD MARSHALL ) | C.A. NO. 04-12029 DPW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FILIAS REALTY TRUST ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendant, Filias Realty Trust in the above-captioned matter.

The defendant,
By their Attorneys,

_____
Curtis L.S. Carpenter, BBO#657358
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1161814v1

AO 240 (Rev. 1/94)

# United States District Court

_United States_ DISTRICT OF _Massachusetts_

United States Of America,
    Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

**Defendant**
Jose Rivera, Jr, Pro Se,

CASE NUMBER: 0511431

I, _Jose Rivera, Jr, Pro Se,_ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __FCI MIAMI__

    Are you employed at the institution? _Yes_   Do you receive any payment from the institution? ____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [X] Yes   [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    $12.00 per month.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    N/A.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    Yes [ ]   No [X]
    b. Rent payments, interest or dividends    Yes [ ]   No [X]
    c. Pensions, annuities or life insurance payments    Yes [ ]   No [X]
    d. Disability or workers compensation payments    Yes [ ]   No [X]
    e. Gifts or inheritances    Yes [ ]   No [X]
    f. Any other sources    Yes [X]   No [ ]

    If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. Family, to pay fines, due to the Courts, and for child support etc.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "yes" state the total amount. __N/A.__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "yes" describe the property and state its value.    N/A.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__11-01-05__
DATE

__Jose Rivera__
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __50.75__ on account to his/her credit at (name of institution) __Miami - FCI__. I further certify that the applicant has the following securities to his/her credit: __Fines, Child Support__
__Jose Rivera II__. I further certify that during the past six months the applicant's average balance was $ __1,820.78__.

__1/3/05__
DATE

__H. Jones__
SIGNATURE OF AUTHORIZED OFFICER