UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD MARSHALL<br>Plaintiff,<br><br>v.<br><br>FILIAS REALTY TRUST<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. NO. 04-12029 DPW

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance for the defendant, Filias Realty Trust in the above-captioned matter.

The defendant,
By their Attorneys,

_Melissa S. Arnold_

Melissa S. Arnold, BBO#655292
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

1166945v1

## CERTIFICATE OF SERVICE

I, Melissa S. Arnold, attorney for the defendants, hereby certify that I have this day served the foregoing **Notice of Appearance** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

Dated: 2/2/06                    Attorney: _Melissa S. Arnold_

2

1166945v1