UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD MARSHALL           )        C.A. NO. 04-12029 DPW
      Plaintiff,             )
                         )
v.                       )
                         )
FILIAS REALTY TRUST      )
      Defendant.            )
                         )

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as attorney for the defendant, Filias Realty Trust, in the

above-entitled case.

The defendants,
By its Attorneys,

Jeffrey D. Kiesling, BBO #651521
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1167140v1

## CERTIFICATE OF SERVICE

I, William Joseph Flanagan for the defendant, hereby certify that I have this day served the foregoing **Notice of Withdrawal** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

Dated: _____    Attorney:_____

2

1167140v1