```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

Edward Marshall,
    Plaintiff
  vs                             Civil Action
                                   No.: 04 12029 DPW

Filias Realty Trust,
    Defendant

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF HIS COMPLAINT

Now comes the plaintiff in the above-entitled matter and respectfully moves this Honorable Court for an order in his favor granting summary judgment pursuant to F.R.C.P. 56 with respect to Count I of his Complaint, alleging breach of contract against the defendant. In support thereof, the plaintiff respectfully refers this Honorable Court to his Memorandum of Law filed contemporaneously herewith.

                                     Plaintiff,
                                       By his attorney,

                                     /s/ Brian S. McCormick
                                     BRIAN S. MCCORMICK, ESQ.
                                     BBO# 550533
                                     Orlando & Associates
                                     One Western Avenue
                                     Gloucester, MA 01930
                                     (978) 283-8100

### CERTIFICATE OF SERVICE

I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that I served a copy of the foregoing Plaintiff's Motion for Summary Judgment on Count I of His Complaint, by mail, postage prepaid, to Curtis L. S. Carpenter, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210, on this ___ day of February, 2006.

                                     /s/ Brian S. McCormick
                                     BRIAN S. MCCORMICK, ESQ.

```
Cases/Marshall/Edward/Motions/SummJudgmt
```