`UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWARD MARSHALL<br>Plaintiff, | ) ) ) | C.A. NO. 04-12029 DPW |
| v. | ) ) ) | |
| FILIAS REALTY TRUST<br>Defendant. | ) ) ) ) | |

## DEFENDANT, FILIAS REALTY TRUST'S ANSWERS TO THE PLAINTIFF'S REQUEST FOR ADMISSIONS.

**Request No. 1**

The defendant is the owner of a series of slips, located adjacent to the Essex Landing Apartments, on the Essex River, Essex, Massachusetts (hereinafter "the slips").

**Response No. 1**

Denied. The owner of "the slips" is the New Filias Main Street Realty Trust.

**Request No. 2**

Some or all of "the slips" were leased out to boat owners during the summer season of 2004.

**Response No. 2**

Admitted.

**Request No. 3**

One of "the slips" was leased to Edward Marshall for the summer season of 2004.

**Response No. 3**

Admitted.

*Exhibit "A"*

RECEIVED

MAY 16 2005

ORLANDO & ASSOCIATES

1115740v1

**Request No. 4**

A contract existed by and between Edward Marshall and the defendant, wherein the defendant agreed to provide Marshall with a good and serviceable slip, in exchange for the payment, by Marshall, of money.

**Response No. 4**

The defendant admits that a contract existed between the parties.  The defendant objects to the remainder of this request on the grounds that the terms of a contract is solely an issue of law.

**Request No. 5**

At no time prior to the summer of 2003, did the defendant warn plaintiff Marshall of any defects or problems which were regard to the subject slip leased by him.

**Response No. 5**

Objection:  The defendant objects to this request to the extent that it is unintelligible.

**Request No. 6**

With respect to the slip which plaintiff Marshall leased for the summer of 2004 season, Marshall paid all amounts due to the defendant in accordance with the defendant's agreement with Marshall regarding the lease of the subject slip.

**Response No. 6**

Admitted.

**Request No. 7**

On June 4, 2004, the plaintiff's vessel was damaged while in the slip leased by plaintiff from the defendant.

**Response No. 7**

The defendant is unable to admit or deny.  The defendant has no personal knowledge of where the plaintiff's vessel was located when it was damaged.

**Request No. 8**

On June 4, 2004, the plaintiff's vessel was damaged as a result of coming into contact with the underwater pilings.

**Response No. 8**

The defendant is unable to admit or deny.  The defendant has no personal knowledge of how the plaintiff's vessel was damaged.

1115740v1

2    Exh. "B"

**Request No. 9**

On June 4, 2004, the plaintiff's vessel was damaged when underwater pilings, located within the slip which he leased from the defendant, protruded through said vessel's hull.

**Response No. 9**

The defendant is unable to admit or deny.  The defendant has no personal knowledge of where or how the plaintiff's vessel was damaged.

3    _Exh. "A"_

1115740v1

RECEIVED

MAY 1 6 2005

ORLANDO & ASSOCIATES

*The undersigned deposes and says that she signs the answers to plaintiff's Request for Admissions for and on behalf of Filias Realty Trust, and is authorized to do so; that the matters stated in the foregoing responses are not all within her personal knowledge; that such facts as are stated in said responses which are not within the personal knowledge of the deponent have been assembled by authorized agents, employees and counsel of said defendant and the deponent is informed and believes that the facts stated in said responses are true and so states under the pains and penalties of perjury.*

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS THE_____
DAY OF *MAY 11TH*_____, 2005

Filias Realty Trust
By and through, Trustee,
Alex Filias

_____

1115740v1

4

Exh. "A"

RECEIVED

MAY 16 2005

ORLANDO & ASSOCIATES

## CERTIFICATE OF SERVICE

I, Jeffrey D. Kiesling, attorney for the defendants, hereby certify that I have this day served the foregoing Response to plaintiff's Request for Admissions to all counsel of record in this action by fax to 978-283-8100 and by mailing same, by first class mail, postage prepaid to:


Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930


Dated: 5·13·05                    Attorney: _____


MAY 1 6 2005

ORLANDO & ASSOCIATES

5

Exh. "A"

1115740v1