Invoice

Boat Slip # 1

Ted Marshall
1 Pickering Street
Essex, MA 01929

| Invoice Date | Invoice # |
|---|---|
| 4/26/2004 | 101 |

| | Due Date |
|---|---|
| | 5/15/2004 |

| Footage | Description | Price/Foot | Amount |
|---|---|---|---|
| 24 | Spectrum Pontoon | $90.00 | $2,160.00 |
| | Less: Deposit | | (250.00) |

Total: $1,910.00

Remit To:

Filias Realty Trust    P.O. Box 1588    Manchester, MA 01944

*Exhibit "E"*