**ALEX FILIAS**
**July 29, 2005**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C. A. NO. 0412029DPW


EDWARD MARSHALL,

    Plaintiff

VS.

FILIAS REALTY TRUST,

    Defendants


DEPOSITION OF: ALEX FILIAS

Orlando & Associates

One Western Avenue

Gloucester, MA 01930

Friday, July 29, 2005

10:50 A.M.


THOMAS J. HOUTON, COURT REPORTER

**CATUOGNO COURT REPORTING SERVICES**
**Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI**

**ALEX FILIAS**
**July 29, 2005**

| Page 62 |
| --- |

1  embedded in?
2      A. I think both.
3      Q. That's the only location you found
4  any debris during the course of that job Mr.
5  Filias?
6      A. After that we took a real careful
7  look to make sure that there was nothing else
8  before he had left to go to make sure that we
9  didn't need help removing anything else.
10     Q. I see, okay. When this work was
11 done, was any dredging done in and around the
12 area of ----
13     A. No.
14     Q. Have you ever done any of the
15 dredging that that permit allowed you to do
16 any of these ----
17     A. Not to this point.
18     Q. As far as you know he is still would
19 legally be able to do that under the permit,
20 if you know?
21     A. I would have to talk to the people
22 about that.
23     Q. Had you ever looked into the cost of
24 dredging those slips?

| Page 63 |
| --- |

1      A. At one time many years ago.
2      Q. Okay.
3      A. It was cost prohibitive.
4      Q. Okay. So it's a very expensive
5  undertaking?
6      A. Yes, very expensive.
7      Q. Because you have to dredge it and
8  then you have to dispose of the material,
9  right, in some proper way?
10     A. Yes. We had all the permits to dump
11 it out to sea.
12     Q. Again with respect to the 2003, you
13 know, just the replacement of the pilings you
14 know, you didn't have to do any as built plans
15 or any engineering shoots out there after that
16 work was done, did you?
17     A. I don't recall.
18     Q. Okay. 2003 when you put the new
19 pilings in did you make any other changes to
20 the pier or access there to the gangway or
21 anything like that change?
22     A. 2003, explain the question again?
23     Q. Sure. When you did the work in 2003
24 you put the new wood pilings ----

| Page 64 |
| --- |

1      A. For the first time?
2      Q. Yes.
3      A. For the first time that these were
4  in?
5      Q. Yes.
6      A. I still don't understand the
7  question.
8      Q. When you changed the pilings and I
9  think you indicated it was already in for the
10 year already, so I'm sort of doubting you
11 changed anything else at that point, but I
12 just want to be clear, you didn't change
13 anything having to do with the dock itself,
14 change the configuration, change the
15 locations, floating dock sections, change the
16 gangway or anything like that?
17     A. Not that I can remember.
18     Q. Okay.
19     A. Maybe make the chains a little bit
20 larger to go around the larger pilings, that
21 seems kind of ridiculous to even.
22     Q. Right.
23     A. I'm not talking about that.
24     Q. Okay. And after you put the new

| Page 65 |
| --- |

1  pilings the wood pilings, did those ever have
2  to be redriven, did you ever have to make any
3  changes since they were originally put in in
4  2003 or are they exactly the same pilings in
5  the same places that they were when they were
6  originally put in in 2003?
7      A. Yes. We had to redrive them.
8      Q. When was that done?
9      A. '04.
10     Q. Okay, and why?
11     A. Ice removal.
12     Q. So they physically came out of ----
13     A. I think they all had come out. I
14 can't remember exactly if they did.
15     Q. All right. That was caused by the
16 river freezing?
17     A. Yes.
18     Q. So did you have to get Mr. Marston
19 back after 2004 to redrive them?
20     A. Let's see, '03 that goes into '04, I
21 would say yes.
22     Q. Did you, were you, did you, were you
23 mad at Mr. Marston, did you think that he had
24 done anything wrong that he hadn't done it

**CATUOGNO COURT REPORTING SERVICES**
**Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI**

**ALEX FILIAS**
**July 29, 2005**

| Page 70 |
| --- |

1 like it was recorded somewhere, maybe the
2 registry of deeds. I'm not sure, but right up
3 here is Mr. Filias.
4    A. Okay.
5       MR. MCCORMICK: Take your
6 time and take a look at that. That was
7 produced to me through your attorney. Let's
8 go off.
9
10       (Off record)
11
12       MR. MCCORMICK: Let's go back on
13 the record.
14    Q. Mr. Filias, I just showed you a
15 Department of Army permit. Did you, and I
16 think you just off the record you told me that
17 you're not sure what this document is?
18    A. I know what it is, but I'm not sure
19 what the measurements pertain to as far as
20 what we have, because it explains, it lists
21 here four by twenty floats curving, four
22 twenty foot floats curving out in an
23 east/north direction. So that explains it
24 would have to be curved, I guess.

| Page 71 |
| --- |

1    Q. I think they're talking about the
2 property that you walk on flat perhaps?
3    A. Yes.
4    Q. Okay. So you're not clear?
5    A. I'm not.
6    Q. On how the description applies to
7 what actually that would be this?
8    A. I'm not sure.
9       MR. MCCORMICK: Why don't we just
10 mark this, just to be sure. Some of these are
11 altogether it's going to be one, two separate
12 that at the end Jeff. I'm going to say that
13 the permit may have attachments. I'm not
14 clear on that, but the actual document that I
15 talked about with Mr. Filias appears to be
16 four pages. And interestingly the second page
17 is marked four in this, and I have no idea why
18 that is. But this is a four page document.
19 Mark that as well.
20
21       (Exhibit 4 marked)
22
23    Q. Now moving right along, okay. We
24 talked about the new gangway being put in

| Page 72 |
| --- |

1 2004. Why did you change gangways?
2    A. The old wooden one needed to be
3 replaced.
4    Q. Did you change anything else at the
5 time that you changed the gangway in 2004 with
6 respect to the pier structure?
7    A. No.
8    Q. The existing land part of this. Let
9 me go back to at least for the sake of
10 illustration the existing timber pier I think
11 they called it, has that stayed the same
12 throughout?
13    A. Are you pointing to ----
14    Q. This section right here, what they
15 call the existing structure in this plan?
16    A. I would say yes.
17    Q. Then even before '98 that is the same
18 structure?
19    A. Yes, it has been pretty much the
20 straight line and just maintained changing
21 wood decking and so forth.
22    Q. So that has been the same throughout?
23    A. And we changed the gangway as of
24 2004.

| Page 73 |
| --- |

1    Q. Okay. From 1998 when you
2 reconfigured the dock up to the present, let
3 me back up. Do you occasionally go out during
4 the summer and just sort of check on things?
5    A. I do.
6    Q. During the five year period 1988
7 throughout, we'll say six years, 1998 through
8 2004, did you notice any changes in the water
9 depths in the slips, I mean obviously
10 recognizing that there's high tide and low
11 tide, but I'm just saying let's take a dead
12 low, have you noticed any progression or
13 changes in the water depths in your slips over
14 that time period?
15    A. I believe that it does change from
16 year to year.
17    Q. Okay.
18    A. How much, I don't know. It is
19 something that I don't measure either.
20    Q. Is it going in one direction, meaning
21 are you getting less and less water each year
22 in the slips, or are you saying that some
23 years there's more and some years there's
24 less?

**CATUOGNO COURT REPORTING SERVICES**
**Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI**

**ALEX FILIAS**
**July 29, 2005**

---

Page 94

1  Mr. Filias, from the archives here. I'll just
2  ask you if you ----
3      A. It looks like a little scrape of one
4  hole I guess.
5      Q. Does that comport with your memory
6  of the hole we have just been talking about?
7      A. I think that's the hole.
8          MR. MCCORMICK: Why don't we mark
9  that please.
10
11      (Exhibit #7 marked)
12      Q. Now once you had the boat ashore at
13  Perkins did you have any conversations with
14  Ted Marshall or anybody else about what would
15  have caused that hole?
16      A. I would say we probably were talking
17  about what could have caused that.
18      Q. Okay.
19      A. I don't think at that time we knew
20  exactly what it was.
21      Q. At some point did you determine what
22  it was that caused the hole?
23      A. Yes, I think it was either a day,
24  either that same day or a day or two later.

---

Page 95

1  Ted was down there at a low, low tide and he
2  visually saw a pole and gave me a call. He
3  saw a piece of pipe coming out of the ground.
4      Q. In slip #1?
5      A. H'm-h'm.
6      Q. Yes?
7      A. Yes.
8      Q. So he gave you a call when he saw
9  that?
10      A. Yes.
11      Q. Did you go down and take a look at it
12  yourself?
13      A. Yes.
14      Q. Okay. When you first saw the pole
15  had you ever seen that before?
16      A. No.
17      Q. Did you in your own mind, I'm just
18  asking for your own thought process at that
19  time or did you, did you have any idea what
20  the pole was doing there and what it was from?
21      A. Not at the time, no.
22      Q. At any time since have you formulated
23  any in your own mind, I'm not asking for an
24  expert opinion here. I'm just asking whether

---

Page 96

1  you formulated any thought as to where that
2  pole came from?
3      A. I really don't know where it came
4  from.
5      Q. Did you have any thought as to what
6  it is?
7      A. I believe it was probably some type
8  of piling or something to do with something on
9  the water there. Whether it was ours
10  originally or not, I don't know.
11      Q. Okay.
12      A. But the pole is you know, the pipe I
13  had never seen before.
14      Q. Did you observe at or about that time
15  any similar pipes in any of the other slips?
16      A. No, just other than that debris that
17  we talked about. I really can't remember if
18  we had seen more pipe or whatever, and pulled
19  it out. But I know that we pulled and removed
20  some debris like I was telling you, and we did
21  a very thorough look of all the slips at a
22  lower tide and we didn't see anything.
23      Q. Okay. But what I'm talking about is
24  that day or within a few days after this,

---

Page 97

1  did you besides the pole and Mr. Marshall's
2  slip did you find any other poles at that time
3  in any of the other slips?
4      A. No.
5      Q. Was there a pole in slip #4 if you
6  remember in Jody Davis's slip?
7      A. Let me see here. I'm just trying to
8  put it altogether here. But I think Ted said
9  that the fellow that he had hired to do it he
10  pulled out two pipes and there could have been
11  one there. I can't remember.
12      Q. Okay, that's fine. I'm just asking
13  for your memory?
14      A. Yes, no, I'm pretty sure that there
15  were two pipes pulled.
16      Q. Okay.
17      A. I want to say that.
18      Q. How did it come about that those
19  pipes were pulled, did you hire somebody to do
20  that?
21      A. Ted new this fellow that had this, I
22  think it was called Anchor, Mooring and Dive,
23  he knew the guy and made the call and he came
24  and he had pulled him out.

25  (Pages 94 to 97)

---