# *Filias Realty Trust*

POST OFFICE BOX 1588
MANCHESTER BY THE SEA, MA 01944
(508) 526-4055   FAX (508) 526-8189

APARTMENT RENTALS                                                      BOAT SLIP RENTALS

February 2, 2005

Ted Marshall
1 Pickering Street
Essex, MA     01929

Dear Ted,

Due to the high demand for boat slips we are requiring a $250.00 deposit to reserve for the 2004 season. If you would like to reserve your slip, please send your deposit by February 29, 2004.

Thank you in advance for your cooperation.


Sincerely,


Paula Marie Filias
Filias Realty Trust

*Filias Realty Trust*

POST OFFICE BOX 1588
MANCHESTER BY THE SEA, MA 01944
(508) 526-4055   FAX (508) 526-8189

APARTMENT RENTALS                                                                    BOAT SLIP RENTALS

February 2, 2005

Ted Marshall
1 Pickering Street
Essex, MA 01929

Dear Ted,

Enclosed are the 2004 Application Form and Invoice for your boat slip. You are assigned to slip #1. Please return the payment and enclosed form to our office by May 15, 2004.

As in past years we request that only **ONE** car per boat slip be on the property when you are using your boat. *The need for everyone to adhere to this policy is critical.* There is not enough space to accommodate several cars per boat slip and all of the residents' vehicles as well. Please respect this policy so that we can avoid the unpleasant experience of towing….

If you have any questions, please call the office at 978-526-4055.


Anchors Away,


Paula M. Filias
Filias Realty Trust