

**Filias Realty Trust**
**Boat Slip Application**
**2004 Season**

Name: Ted Morshall

Address: 21 Pickering St Essex Ma 01929

Phone: H (978) 768-6139  Bus/Cell 978-768-1114

### Description of Boat

| | | |
|---|---|---|
| Make: | Spectrum Pontoon | OR Pen Yan |
| Color: | White/Blue/Aluminum | White/Blue |
| Length: | 24 FT | 23 FT |
| Registration #: | MS-3288-AR | MS-2657-A |

CAR #1 - Silver Isuzu Trooper  93B-J09
CAR #2 OR - Yellow Nisan Extera



EXHIBIT P Filias 1 9-12-05.9P