/s/ Brian S. McCormick