UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edward Marshall,
        Plaintiff

vs                                         Civil Action
                                                    No.: 04 12029 DPW

Filias Realty Trust,
        Defendant

**<u>Plaintiff's Motion to Continue Summary Judgment Hearing</u>: Assented To**

Now comes the Plaintiff, in the above-entitled matter, respectfully moves this Honorable Court for a continuance of a hearing, pertaining to the Plaintiff's Motion for Summary Judgment, presently scheduled for March 17, 2006, at 2:30 p.m. As grounds therefore, the Plaintiff states the following:

1. Plaintiff's counsel in the instant action, Brian S. McCormick, will be on trial during the week of March 13, 2006 in the Essex Superior Court, Lawrence Division, on the case of Boyd v. O'Brien, C.A. #2003-01439.

2. It is anticipated that the trial will last several days and likely would preclude Plaintiff's counsel from appearing as scheduled.

3. Plaintiff's counsel is prepared to appear on the next available date for the Court, after March 17, 2006.

                                                                 Respectfully submitted,

                                                                 Plaintiff, by his attorney

                                                               <u>/s/ Brian S. McCormick</u>
                                                               BRIAN S. MCCORMICK, ESQ.
                                                               BBO# 550533
                                                               Orlando & Associates
                                                               One Western Avenue
                                                               Gloucester, MA 01930
                                                               (978) 283-8100

        Defendant,

        By its Attorney


        /s/ Melissa S. Arnold
        MELISSA S. ARNOLD
        BBO #655292
        Morrison, Mahoney, LLP
        250 Summer Street
        Boston, MA 02210


## CERTIFICATE OF SERVICE

   I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that I served a copy of the foregoing *Plaintiff's Motion to Continue Summary Judgment Hearing* via facsimile, to Melissa S. Arnold Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210, on this 14th day of March, 2006.


        /s/ Brian S. McCormick
        BRIAN S. MCCORMICK, ESQ.