UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edward Marshall,
    Plaintiff

vs                                   Civil Action
                                         No.: 04 12029 DPW

Filias Realty Trust,
    Defendant

## PLAINTIFF'S MOTION TO CONTINUE
## SUMMARY JUDGMENT HEARING: ASSENTED TO

Now comes the plaintiff in the above-entitled matter and respectfully moves this Honorable Court for a continuance of a hearing, presently scheduled for March 29, 2006 at 10:00 a.m. As grounds therefore, the plaintiff states the following:

1. Plaintiff's counsel, Brian S. McCormick, is scheduled to conduct a hearing at the Commonwealth of Massachusetts, Department of Industrial Accidents, Lawrence Division, at 9:15 a.m. on Wednesday, March 29, 2006. The action is entitled Malaquias vs Nutramax Products, Inc. with a corresponding Department of Industrial Accidents No.: 65101-93. This is the fourth time that the subject hearing has been scheduled and the claimant has therein been subject to severe adverse financial consequences as a result of the previous postponements.

2. Plaintiff's counsel has communicated with defendant's counsel, Melissa Arnold, who is amenable to a continuance of the hearing to Friday, March 31, 2006 at 10:30 a.m. Plaintiff's counsel is similarly available on that date and time.

WHEREFORE, the plaintiff respectfully moves this Honorable Court for a continuance of the hearing from March 29, 2006 at 10:00 a.m. to March 31, 2006 at 10:30 a.m.

        Plaintiff,
By his attorney,

/s/ Brian S. McCormick
BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100


Defendant,
By its attorney,


/s/ Melissa Arnold
MELISSA ARNOLD, ESQ.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500


CERTIFICATE OF SERVICE

    I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF) and a copy of the foregoing Plaintiff's Motion to Continue Summary Judgment Motion: Assented To, by mail, postage prepaid, to Melissa Arnold, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, Massachusetts 02210, on this 20th day of March, 2006.

/s/ Brian S. McCormick
BRIAN S. MCCORMICK, ESQ.


Cases/Marshall/Edward/Motions/PltfsMoConSumJudg:AssentedTo