UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD MARSHALL )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>FILIAS REALTY TRUST )<br>  Defendant. )<br>) | C.A. NO. 04-12029 DPW |

### THE DEFENDANT, FILIAS REALTY TRUST'S MOTION FOR LEAVE TO EXTEND TIME TO FILE MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER

The defendant, Filias Realty Trust, ("Filias") respectfully submits the following motion for leave to extend time to file motion for reconsideration of summary judgment order ("Motion for Leave").  Filias' Motion for Reconsideration of Summary Judgment Order ("Motion for Reconsideration") is attached as Exhibit 1.

As grounds therefore, Filias asserts that due to vacation schedule of counsel, the basis for the court's decision, and the asserted grounds for reconsideration were only recently recognized. Filias requests that this Honorable Court allow its Motion for Leave and that the Motion for Reconsideration be deemed filed.

WHEREFORE, defendant, Filias Realty Trust, respectfully requests that this Court grant its Motion for Leave to Extend Time to File Motion for Reconsideration.

### REQUEST FOR ORAL ARGUMENT

Filias Realty Trust respectfully requests a hearing on this matter.

1183925v1

2

            The defendant,
            By their Attorneys,

*/s/ Melissa S. Arnold*

--------------------------------------
William J. Flanagan, BBO #556598
Melissa S. Arnold, BBO#655292
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA  02210
(617) 439-7500

**Certificate of Service**

**I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 24, 2006**

*/s/ Melissa S. Arnold*

--------------------------------------
Melissa S. Arnold, BBO #655292

2

1183925v1