UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Edward Marshall, | * | |
|     Plaintiff | * | |
| | * | |
| vs | * | Civil Action |
| | * | No.: 04-12029 DPW |
| Filias Realty Trust, | * | |
|     Defendant | * | |

**<u>PLAINTIFF'S OPPOSITION TO DEFENDANT, FILIAS REALTY TRUST, MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER</u>**

Now comes the Plaintiff, in the above-entitled matter, and respectfully opposes the Motion for Reconsideration brought by the Defendant. As grounds therefore, the Plaintiff states the following:

    The Defendant, in its Motion for Reconsideration, does little but rehash those arguments which it originally made in opposition to the Plaintiff's Motion for Summary Judgment. The Defendant has raised no additional legal argument, nor has it identified any germaine factual dispute which must be tried by a fact finder. With respect to the distinction between a water and mud slip, Paula Filias did testify, in her deposition, that a water slip, "has access to the water at any tide, high or low." The court was accurate in appreciating that a water slip, by definition, should, "contain adequate water at all times."

Wherefore, the Plaintiff respectfully moves this Honorable Court for an order denying the Defendant's Motion for Reconsideration.

    Plaintiff,
    By his attorney,

    <u>/s/ Brian S. McCormick</u>
    BRIAN S. MCCORMICK, ESQ.
    BBO # 550533
    Orlando & Associates
    1 Western Ave.
    Gloucester, MA 01930
    978-283-8100

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies those indicated as non registered participants on September 5, 2006.

                                              <u>/s/ Brian S. McCormick</u>
                                              BRIAN S. MCCORMICK, ESQ.