UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Edward Marshall, | * | |
|     Plaintiff | * | |
| | * | |
| vs | * | Civil Action |
| | * | No.: 04-12029 DPW |
| Filias Realty Trust, | * | |
|     Defendant | * | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT, FILIAS REALTY TRUST, MOTION FOR LEAVE TO EXTEND TIME TO FILE MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER

    Now comes the Plaintiff, in the above-entitled matter, and respectfully opposes the motion brought by the Defendant, Filias Realty Trust, to file a Motion for Reconsideration late. As grounds therefore, the Plaintiff states the following:

    The order in question was entered by the Court on July 18, 2006. Nearly six weeks later, the defendant now seeks reconsideration, contending that its reason for evaluating and responding to the order related to vacation schedules. It is clear that such a delay is not reasonable under the circumstances.

Wherefore, the Plaintiff respectfully opposes the Defendant's Motion to File a Motion for Reconsideration late.

                                                Plaintiff,
                                                By his attorney,

                                                /s/ Brian S. McCormick
                                                BRIAN S. MCCORMICK, ESQ.
                                                BBO # 550533
                                                Orlando & Associates
                                                1 Western Ave.
                                                Gloucester, MA 01930
                                                978-283-8100

                                         Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies those indicated as non registered participants on September 5, 2006.

                                                /s/ Brian S. McCormick

BRIAN S. MCCORMICK, ESQ.