**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

EDWARD MARSHALL
                    Plaintiff(s)

V.                                    CIVIL ACTION NO.    04-12029-MBB

FILIAS REALTY TRUST
                    Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for the following proceeding:

_____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

___X___ MEDIATION                   _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL          _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.    If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

    10/11/2006                          /s/ Marianne B. Bowler
        DATE                      UNITED STATES MAGISTRATE JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | X | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | | |

(ORDER of REF to ADR (Marshall).wpd - 4/12/2000)