**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

EDWARD MARSHALL
        Plaintiff(s)

V.

FILIAS REALTY TRUST
        Defendant(s)

CIVIL ACTION

NO. 04-CV-12029-MBB

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    MARIANNE B. BOWLER

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On 10/24/2006 I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    __X____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X]    Settled. Your clerk should enter a _60_ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

10/26/06                              /S/ Joyce London Alexander
DATE                                    ADR Provider

(ADR Report.wpd - 4/12/2000)                        [adrrpt.]