UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD MARSHALL,
        Plaintiff,

v.                                                CIVIL ACTION
                                                   NO.   04-12029-MBB

FILIAS REALTY TRUST,
        Defendants.

## ORDER OF DISMISSAL

OCTOBER 31, 2006

**BOWLER, U.S.M.J.**

      The court having been advised that the above-entitled action has been settled;

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs. Upon good cause shown, any party may move to reopen the action within SIXTY (60) days if settlement is not consummated.

                                                    /s/ Marianne B. Bowler
                                                    **MARIANNE B. BOWLER**
                                                    United States Magistrate Judge