UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD MARSHALL<br>　　　　Plaintiff,<br><br>v.<br><br>FILIAS REALTY TRUST<br>　　　　Defendant. | C.A. NO. 04-12029 MBB |

### STIPULATION OF DISMISSAL

All parties stipulate that this matter be dismissed with prejudice and without costs or attorney's fees and all rights under Mass.R.Civ.P. 60(b) being waived.

| | |
|---|---|
| The Plaintiff,<br>Edward Marshall,<br>By his attorney, | The Defendants<br>Filias Realty Trust,<br>By its attorneys, |
| */s/ Brian S. McCormick* | */s/ William Joseph Flanagan* |
| Brian S. McCormick, Esq.<br>Orlando & Associates<br>One Western Avenue<br>Gloucester, MA 01930<br>(978) 283-8100 | William Joseph Flanagan, BBO#556598<br>Morrison Mahoney LLP<br>250 Summer Street,<br>Boston, MA 02210<br>(617) 439-7500 |

1191943v1

The defendant,
By their Attorneys,

/s/ *William Joseph Flanagan*
_____
William J. Flanagan, BBO #556598
Melissa S. Arnold, BBO#655292
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA  02210
(617) 439-7500

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 29, 2006

/s/ *William Joseph Flanagan*
_____
William Joseph Flanagan, BBO#556598

1191943v1