UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD MARSHALL
    Plaintiff,

v.   CIVIL ACTION
NO. 04-12029-MBB

FILIAS REALTY TRUST,
    Defendant.

# FINAL JUDGMENT

### DECEMBER 1, 2006

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties on November 29, 2006, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

    /s/ Marianne B. Bowler
    **MARIANNE B. BOWLER**
    United States Magistrate Judge